UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| GRIZZLY PROCESSING, LLC, )<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>WAUSAU UNDERWRITERS )<br>INSURANCE COMPANY, )<br>DEFENDANT. )<br>_____ ) | CASE NO 7:08-CV-00226-KKC<br><br>Electronically Filed |

## WAUSAU UNDERWRITERS INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT ON THE POLLUTION EXCLUSION

Defendant, Wausau Underwriters Insurance Company ("Wausau"), by counsel, moves the Court to grant Wausau summary judgment against Grizzly Processing LLC ("Grizzly") pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Wausau is entitled to summary judgment because the unambiguous pollution exclusions contained in the insurance policies at issue preclude coverage for Grizzly's claims. Each of the insurance policies at issue contains an exclusion that bars insurance coverage for claims that arise out of the release of pollutants, and the plaintiffs in the underlying lawsuit against Grizzly allege that they have incurred property damage and bodily injury arising from coal dust and other pollutants emitted during Grizzly's coal mining and processing operations. Courts applying both Kentucky and West Virginia law have found that similar pollution exclusions are unambiguous and that they exclude coverage for claims similar to those asserted against Grizzly in the underlying lawsuit. Because the underlying lawsuit states a claim that falls within the terms of the pollution exclusions, there is no possibility of coverage under the Wausau policies. Accordingly, Wausau cannot, as a matter of law, have a duty to defend or indemnify Grizzly

with respect to the underlying lawsuit. Wausau is therefore entitled to summary judgment dismissing Grizzly's complaint for coverage in its entirety.

In support of its Motion, Wausau tenders the attached Memorandum which is incorporated herein by reference.

>Respectfully submitted,
>
>FROST BROWN TODD LLC
>
>/s/ Douglas W. Langdon
>Charles S. Cassis (Ccassis@fbtlaw.com)
>Douglas W. Langdon (Dlangdon@fbtlaw.com)
>J. Michael Hearon (Mhearon@fbtlaw.com)
>400 West Market Street, 32nd Floor
>Louisville, KY  40202-3363
>(502) 589-5400 (phone); (502) 581-1087 (fax)
>*Counsel for Wausau Underwriters Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on March 23, 2009, through the ECF system, which will send a notice of electronic filing to the following:

Stephen C. Cawood
C. Bishop Johnson
CAWOOD & JOHNSON, PLLC
108 Kentucky Avenue
P.O. Drawer 128
Pineville, KY  40977
(606) 337-6500 /(606) 337-6100 (fax)
E-mail: sccawood@bellsouth.net
E-mail: cbjohnson@bellsouth.net
*Counsel for Grizzly Processing, LLC*

>/s/Douglas W. Langdon
>*Counsel for Wausau Underwriters Insurance Company*

LOULibrary BT10516.0563564 793405v1